IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| G&G CLOSED CIRCUIT EVENTS, LLC., | CASE NO. 5:10-cv-05716 EJD |
| Plaintiff(s), | **ORDER DISCHARGING ORDER TO SHOW CAUSE** |
| v. | |
| KIM HUNG HO, et. al., | |
| Defendant(s). | |

On July 1, 2014, the court issued an order requiring counsel for Plaintiff G&G Closed Circuit Events, LLC to appear and show cause why sanctions should not be imposed pursuant to Federal Rule of Civil Procedure 11(c) after two documents misrepresenting the amount of the judgment were filed in this action. See Docket Item No. 25. The court allowed Plaintiff's counsel to file a response to the order on or before July 15, 2014. They did so on that date. See Docket Item Nos. 26-30.

Having reviewed counsels' response, the court finds that sanctions should not be imposed under these circumstances. Accordingly, the Order to Show Cause issued July 1, 2014, is DISCHARGED and the hearing scheduled for July 25, 2014, is VACATED. However, the court will maintain its previous order concerning writs of execution: the clerk shall not issue any writs of execution in this action without a court order allowing for them to issue. Requests for a writ of execution shall be made to the court by administrative motion pursuant to Civil Local Rule 7-11.

**IT IS SO ORDERED.**

Dated: July 18, 2014

EDWARD J. DAVILA
United States District Judge